IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 04-cv-01354-WYD

ANTHONY JAMES BOLTON,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

## ORDER DENYING 28 U.S.C. § 2241 APPLICATION

    Applicant Anthony James Bolton was a prisoner in the custody of the United States Bureau of Prisons (BOP) who was incarcerated at the Federal Correctional Institution in Florence, Colorado, when he initiated the instant action through counsel by filing in the United States District Court for the District of Utah, Central Division (District of Utah), a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. In the § 2255 motion, Mr. Bolton challenged the fact that he was not given credit for time served in state custody.

    In an order filed on July 1, 2004, the District of Utah granted the government's motion to dismiss the § 2255 motion based upon lack of jurisdiction, construed the motion as a habeas corpus application pursuant to 28 U.S.C. § 2241, and ordered that the action be transferred to this court.

    According to the Federal Bureau of Prisons' (BOP) inmate locator on the BOP

website, www.bop.gov, Mr. Bolton was released from custody on March 11, 2005. Therefore, on October 6, 2006, I ordered counsel for Mr. Bolton to show cause within thirty days why the instant habeas corpus application should not be denied as moot. Counsel for Mr. Bolton has failed within the time allowed to respond to the October 6 order to show cause or otherwise to communicate with the court in any way. Accordingly, it is

ORDERED that the habeas corpus application is **DENIED** as moot and for failure to prosecute, and that this civil action is **DISMISSED** without prejudice.

Dated:  November 9, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge